10-25805 EEB

B5 (Official Form 5) (12/07)

| **United States Bankruptcy Court**<br>**District of Colorado** | **INVOLUNTARY**<br>**PETITION** |
|---|---|

| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**DB Capital Holdings, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(if more than one, state all.)
**20-3423108**

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**201 N. Main Street, Suite 203**<br>**Aspen, CO**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Pitkin**<br>ZIP CODE<br>**81611** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐   Chapter 7      ☑   Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐   Debts are primarily consumer debts
☑   Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐   Individual (Includes Joint Debtor)
☑   Corporation (Includes LLC and LLP)
☐   Partnership
☐   Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

☐   Health Care Business
☐   Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐   Railroad
☐   Stockbroker
☐   Commodity Broker
☐   Clearing Bank
☑   Other

### VENUE

☑   Debtor has been domiciled or has had a residence, principal place of business, or principle place of business in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑   Full Filing Fee attached

☐   Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR   (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1.  ☑   Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2.  ☑   The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑   The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
b.  ☐   Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B5 (Official Form 5) (12/07) – Page 2

| | |
|---|---|
| Name of Debtor | **DB Capital Holdings, LLC** |
| Case No. | |

## TRANSFER OF CLAIM

☐   Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____                    Date |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney |
| **O'Bryan Partnership, Inc.** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565** |
| | **303 E. 17th Ave., Suite 500** |
| | **Denver, CO 80203** |
| Name & Mailing            **Ken A. O'Bryan** | |
| Address of Individual | Address |
| Signing in Representative   **PO Box 2773** | |
|                                      **Frisco, CO 80443** | |
| Capacity | **303-832-2400** |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____                    Date |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney |
| **Realty Financial Resources, Inc.** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565** |
| | **303 E. 17th Ave., Suite 500** |
| | **Denver, CO 80203** |
| Name & Mailing            **George David** | |
| Address of Individual | Address |
| Signing in Representative   **1441 Stockton Street** | |
|                                      **St. Helena, CA 94574** | |
| Capacity | **303-832-2400** |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____                    Date |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney |
| **Fred Funk** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565** |
| | **303 E. 17th Ave., Suite 500** |
| | **Denver, CO 80203** |
| Name & Mailing            **Fred Funk** | |
| Address of Individual | Address |
| Signing in Representative   **24579 Harbourview Drive** | |
|                                      **Ponte Verde, FL 32082** | |
| Capacity | **303-832-2400** |
| | Telephone No. |

2  Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor   **DB Capital Holdings, LLC**

Case No. _____

---

x _____
Signature of Petitioner or Representative  (State title)

**William Dennis**

Name of Petitioner                Date Signed


Name & Mailing       **William Dennis**
Address of Individual
Signing in Representative   **10302 Deerwood Park Blvd**
                            **Jacksonville, FL 32256**
Capacity

x _____
Signature of Attorney                Date

**Kutner Miller Brinen, P.C.**

Name of Attorney Firm (If any)

**Jeffrey S. Brinen, #20565**
**303 E. 17th Ave., Suite 500**
**Denver, CO 80203**

Address _____

**303-832-2400**

Telephone No.

---

x _____
Signature of Petitioner or Representative  (State title)

**G.D.B.S. at Snomass, Inc.**

Name of Petitioner                Date Signed


Name & Mailing       **Andrew W. Light**
Address of Individual
Signing in Representative   **PO Box 620**
                            **Basalt, CO 81621**
Capacity

x _____
Signature of Attorney                Date

**Kutner Miller Brinen, P.C.**

Name of Attorney Firm (If any)

**Jeffrey S. Brinen, #20565**
**303 E. 17th Ave., Suite 500**
**Denver, CO 80203**

Address _____

**303-832-2400**

Telephone No.

---

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **G.D.B.S. at Snomass, Inc.**  *Snowmass*  attn: Andrew W. Light  PO Box 620  Basalt, CO 81621 | **Lease on Business** | **54,000.00** |
| **William Dennis**  10302 Deerwood Park Blvd  Jacksonville, FL 32256 | **Promissory Note** | **300,000.00** |
| **Fred Funk**  24579 Harbourview Drive  Ponte Vedra, FL 32082 | **Contract for Marketing & Promotion** | **354,166.00** |
| **Realty Financial Resources, Inc.**  Attn: George David  1441 Stockton Street  St. Helena, CA 94574 | **Financial Advisory Services** | **25,000.00** |

B5 (Official Form 5) (12/07) – Page 4

Name of Debtor   **DB Capital Holdings, LLC**

Case No. _____

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **O'Bryan Partnership, Inc.**<br>**Attn: Ken A. O'Bryan**<br>**PO Box 2773**<br>**620 Main Street, Unit 8**<br>**Frisco, CO 80443** | **Architect Services** | **11,132.43** |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|
| | | **$      744,298.43** |

B5 (Official Form 5) (12/07) – Page 2

| Name of Debtor | DB Capital Holdings, LLC |
|---|---|
| Case No. | |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ <br> Signature of Petitioner or Representative  (State title) <br> **O'Bryan Partnership, Inc.** <br> Name of Petitioner                    Date Signed | x _Jeffrey Brinen_  6-24-10 <br> Signature of Attorney            Date <br> **Kutner Miller Brinen, P.C.** <br> Name of Attorney Firm (If any) <br> **Jeffrey S. Brinen, #20565** <br> **303 E. 17th Ave., Suite 500** <br> **Denver, CO 80203** |
| Name & Mailing Address of Individual Signing in Representative Capacity   **Ken A. O'Bryan** <br> **PO Box 2773** <br> **Frisco, CO 80443** | Address <br><br> **303-832-2400** <br> Telephone No. |
| x _David_ President <br> Signature of Petitioner or Representative  (State title) <br> **Realty Financial Resources, Inc.**  6-24-2010 <br> Name of Petitioner                    Date Signed | x _Jeffrey Brinen_  6-24-10 <br> Signature of Attorney            Date <br> **Kutner Miller Brinen, P.C.** <br> Name of Attorney Firm (If any) <br> **Jeffrey S. Brinen, #20565** <br> **303 E. 17th Ave., Suite 500** <br> **Denver, CO 80203** |
| Name & Mailing Address of Individual Signing in Representative Capacity   **George David** <br> **1441 Stockton Street** <br> **St. Helena, CA 94574** | Address <br><br> **303-832-2400** <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative  (State title) <br> **Fred Funk** <br> Name of Petitioner                    Date Signed | x _____ <br> Signature of Attorney            Date <br> **Kutner Miller Brinen, P.C.** <br> Name of Attorney Firm (If any) <br> **Jeffrey S. Brinen, #20565** <br> **303 E. 17th Ave., Suite 500** <br> **Denver, CO 80203** |
| Name & Mailing Address of Individual Signing in Representative Capacity   **Fred Funk** <br> **24579 Harbourview Drive** <br> **Ponte Verde, FL 32082** | Address <br><br> **303-832-2400** <br> Telephone No. |

2  Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor   **DB Capital Holdings, LLC**

Case No. _____

| | |
|---|---|
| x _____ | x _____  6-24-10 |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **William Dennis** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565**<br>**303 E. 17th Ave., Suite 500**<br>**Denver, CO 80203** |
| Name & Mailing        **William Dennis**<br>Address of Individual<br>Signing in Representative   **10302 Deerwood Park Blvd**<br>**Jacksonville, FL 32256** | Address _____ |
| Capacity | **303-832-2400** |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                                    Date |
| **G.D.B.S. at Snomass, Inc.** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565**<br>**303 E. 17th Ave., Suite 500**<br>**Denver, CO 80203** |
| Name & Mailing        **Andrew W. Light**<br>Address of Individual<br>Signing in Representative   **PO Box 620**<br>**Basalt, CO 81621** | Address _____ |
| Capacity | **303-832-2400** |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **G.D.B.S. at Snomass, Inc.**<br>attn: Andrew W. Light<br>PO Box 620<br>Basalt, CO 81621 | **Lease on Business** | 54,000.00 |
| **William Dennis**<br>10302 Deerwood Park Blvd<br>Jacksonville, FL 32256 | **Promissory Note** | 300,000.00 |
| **Fred Funk**<br>24579 Harbourview Drive<br>Ponte Vedra, FL 32082 | **Contract for Marketing & Promotion** | 354,166.00 |
| **Realty Financial Resources, Inc.**<br>Attn: George David<br>1441 Stockton Street<br>St. Helena, CA 94574 | **Financial Advisory Services** | 25,000.00 |

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor   **DB Capital Holdings, LLC**

Case No. _____

---

x _____
Signature of Petitioner or Representative  (State title)

**William Dennis**

Name of Petitioner                    Date Signed

Name & Mailing     **William Dennis**
Address of Individual
Signing in Representative   **10302 Deerwood Park Blvd**
                  **Jacksonville, FL 32256**
Capacity

x _____   Date
Signature of Attorney

**Kutner Miller Brinen, P.C.**

Name of Attorney Firm (If any)

**Jeffrey S. Brinen, #20565**
**303 E. 17th Ave., Suite 500**
**Denver, CO 80203**

Address _____

**303-832-2400**
Telephone No.

---

x _____
Signature of Petitioner or Representative  (State title)   AUTHORIZED REPRESENTATIVE

**G.D.B.S. at Snomass, inc.**      6/24/10

Name of Petitioner                    Date Signed

Name & Mailing     **Andrew W. Light**
Address of Individual
Signing in Representative   **PO Box 620**
                  **Basalt, CO 81621**
Capacity

x _____   6-24-10
Signature of Attorney                    Date

**Kutner Miller Brinen, P.C.**

Name of Attorney Firm (If any)

**Jeffrey S. Brinen, #20565**
**303 E. 17th Ave., Suite 500**
**Denver, CO 80203**

Address _____

**303-832-2400**
Telephone No.

---

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **G.D.B.S. at Snomass, inc.**<br>attn: Andrew W. Light<br>PO Box 620<br>Basalt, CO 81621 | **Lease on Business** | 54,000.00 |
| **William Dennis**<br>10302 Deerwood Park Blvd<br>Jacksonville, FL 32256 | **Promissory Note** | 300,000.00 |
| **Fred Funk**<br>24579 Harbourview Drive<br>Ponte Vedra, FL 32082 | **Contract for Marketing & Promotion** | 354,166.00 |
| **Realty Financial Resources, Inc.**<br>Attn: George David<br>1441 Stockton Street<br>St. Helena, CA 94574 | **Financial Advisory Services** | 25,000.00 |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor   **DB Capital Holdings, LLC**

Case No.

---

**TRANSFER OF CLAIM**

☐   Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that
evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this
petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting
recognition is attached.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and
correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                              Date |
| **O'Bryan Partnership, Inc.** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565**<br>**303 E. 17th Ave., Suite 500**<br>**Denver, CO 80203** |
| Name & Mailing           **Ken A. O'Bryan** | |
| Address of Individual | Address |
| Signing in Representative   **PO Box 2773**<br>**Frisco, CO 80443** | |
| Capacity | **303-832-2400** |
| | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                              Date |
| **Realty Financial Resources, Inc.** | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565**<br>**303 E. 17th Ave., Suite 500**<br>**Denver, CO 80203** |
| Name & Mailing           **George David** | |
| Address of Individual | Address |
| Signing in Representative   **1441 Stockton Street**<br>**St. Helena, CA 94574** | |
| Capacity | **303-832-2400** |
| | Telephone No. |
| x _Fred Funk_ | x _Jeffrey Brinen_          6-24-10 |
| Signature of Petitioner or Representative  (State title) | Signature of Attorney                              Date |
| **Fred Funk**                              6·24·/0 | **Kutner Miller Brinen, P.C.** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | **Jeffrey S. Brinen, #20565**<br>**303 E. 17th Ave., Suite 500**<br>**Denver, CO 80203** |
| Name & Mailing           **Fred Funk** | |
| Address of Individual | Address |
| Signing in Representative   **24579 Harbourview Drive**<br>**Ponte Verde, FL 32082** | |
| Capacity | **303-832-2400** |
| | Telephone No. |

**2** Continuation sheets attached