IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-25805 MER |
| DB CAPITAL HOLDINGS, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Involuntary Petition |

ORDER FOR RELIEF AND
PROCEDURE IN INVOLUNTARY CASE

On consideration of the petition filed on June 24, 2010, against the above-named debtor, and pursuant to this Court's Order dated November 29, 2010, an order for relief must be entered pursuant to FED.R.BANKR.P. 1013(b). In order to comply with FED.R.BANKR.P. 2003, the United States Trustee must call a meeting of creditors to be held not more than forty (40) days after the order for relief. In addition, FED.R.BANKR.P. 2002(a)(1) requires that the Clerk of the Bankruptcy Court provide not less than twenty (20) days notice of said meeting of creditors. Therefore, it is

ORDERED that an order for relief under Chapter 11 of Title 11 of the United States Code is hereby GRANTED; and it is

FURTHER ORDERED that pursuant to FED.R.BANKR.P. 1007(b) and the Local Rules of this court, Debtor shall file creditors' mailing address matrix on or before fourteen (14) days from the date of entry of this order and the schedules and statement(s) of affairs within fourteen (14) days from the date of entry of this order; and it is

FURTHER ORDERED that in the event Debtor does not comply with FED.R.BANKR.P. 1007(b) by timely filing schedules and statements, the petitioning creditors shall, pursuant to FED.R.BANKR.P. 1007(k), file statements, lists, schedules and creditors' matrix on behalf of the estate and within thirty (30) days from the date of entry of this order.

Dated November 29, 2010

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge