**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DB CAPITAL HOLDINGS, LLC,<br><br>    Debtor. | ) <br> ) <br> ) Case No.: 10-25805-MER <br> ) <br> ) Chapter 11 (Involuntary Petition) <br> ) <br> ) Judge Romero <br> ) |

**NOTICE OF DEBTOR'S SECOND MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (1) APPROVING POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (3) GRANTING ADEQUATE PROTECTION, AND (4) MODIFYING AUTOMATIC STAY**

**HEARING DATE:  Wednesday, February 9, 2011, at 9:30 a.m. (MST), Courtroom D**
**OBJECTION DEADLINE:  Wednesday, February 2, 2011**

**YOU ARE HEREBY NOTIFIED** that DB Capital Holdings, LLC has filed a Motion for an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay with the bankruptcy court and requests the following relief: an order authorizing the Debtor to obtain secured superpriority debtor-in-possession financing and for related relief.

A hearing on the motion has been set for Wednesday, February 9, 2011, at 9:30 a.m. (MST) at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom D, Fifth Floor, Denver, Colorado 80202.  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

4834-6649-5240.1

2

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated,** and an order granting the relief requested may be granted without further notice to you.

Dated: January 11, 2010
Englewood, Colorado

**LAUFER AND PADJEN LLC**

By:   /s/ Robert Padjen
         Robert Padjen (No. 14678)
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
(303) 830-3173
         - and -
**LEWIS BRISBOIS**
**BISGAARD & SMITH, LLP**
Heidi J. Sorvino, *pro hac vice*
77 Water Street, 21st Floor
New York, NY  10005
(212) 232-1300
*Proposed attorneys for the Debtor*

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of January, 2011, a true and correct copy of Notice of Debtor's Second Motion for an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay was served via United States Mail, postage prepaid thereon, and addressed to the parties identified below.

Jeffrey S. Brinen, Esq.
303 E. 17th Ave., Suite 500
Denver, CO 80203

Robert Padjen, Esq.
Laufer and Padjen LLC
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Heidi J. Sorvino, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
1999 Water Street, 25th Floor
New York, NY 10038

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Lawrence Bass, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Michael H. Moirano, Esq.
Nisen & Elliott
200 West Adams, Suite 2500
Chicago, IL 60602

Richard Havel, Esq.
Sidley Austin LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Matthew C. Ferguson, Esq.
Christopher D. Bryan, Esq.
Garfield & Hecht, P.C.
601 Hyman Avenue
Aspen, CO 81611

_____/s/ Robert Padjen_____
Robert Padjen