UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

DB CAPITAL HOLDINGS, LLC,  Case No. 10-25805-MER
Chapter: 11 (Involuntary Petition)

Debtor.

## NOTICE OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

## OBJECTION DEADLINE: FEBRUARY 1, 2011

**YOU ARE HEREBY NOTIFIED** that Aspen HH Ventures, LLC has filed a Motion for Appointment of Chapter 11 Trustee with the Bankruptcy Court, a copy of which is attached hereto, and requests the following relief: The appointment of a chapter 11 trustee.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:   January 18, 2011   Respectfully submitted,

**FAEGRE & BENSON LLP**

/s/ Lawrence Bass

Lawrence Bass (Colorado Bar No. 29702)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
lbass@faegre.com

and

Michael H. Moirano
Claire E. Gorman
Nisen & Elliott, LLC
200 W. Adams, Suite 2500
Chicago, IL 60606
Telephone: (312) 346-7800
Facsimile: (312) 346-9316

*Attorneys for Aspen HH Ventures, LLC*

CERTIFICATE OF SERVICE

This is to certify that on this 18th day of January, 2011, a true and correct copy of NOTICE OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE was served via United States Mail, postage prepaid thereon, and addressed to the parties identified below.

DB Capital Holdings, LLC
201 N. Main Street, Suite 203
Aspen, CO 81611

Jeffrey S. Brinen, Esq.
303 E. 17th Ave., Suite 500
Denver, CO 80203

Robert Padjen, Esq.
Laufer and Padjen LLC
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Heidi J. Sorvino, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
1999 Water Street, 25th Floor
New York, NY 10038

William Dennis
10302 Deerwood Park Blvd.
Jacksonville, FL 32256

William Dennis
112 Newport Lane
Port Vedra, FL 32082-1514

Fred Funk
24579 Harbourview Drive
Ponte Vedra, FL 32082

Realty Financial Resources, Inc.
Attn: George David
1441 Stockton Street
St. Helena, CA 94574

O'Bryan Partnership, Inc.
Attn: Ken A. O'Bryan
P.O. Box 2773
620 Main Street, Unit 8
Frisco, CO 80443

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Richard W. Havel, Esq.
William D. Ellis, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

G.D.B.S. at Snowmass, Inc.
Attn: Andrew W. Light
P.O. Box 620
Basalt, CO 81621

620 Hyman Associates
c/o M&R Real Estate
Hyman Street
Aspen, CO 81611

Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5535

Cappello Capital Corp.
100 Wilshire Boulevard, Suite 1200
Santa Monica, CA 90401-1195

Causey Demgen & Moore Inc.
1801 California Street, Suite 4650
Denver, CO 80202-2681

City of Aspen Utilities
Main Street
Aspen, CO 81611

Craig Hudson
c/o Fidelitone, Inc.
1260 Karl Court
Wauconda, IL 60084-1081

Dancing Bear Management LLC
70 River Bend Road
Snowmass, CO 81654-9409

Klein, Cote & Edwards, LLC
201 N. Mill Street, Suite 203
Aspen, CO 81611-1557

Pitkin County Treasurer
506 E. Main Street, Suite 201
Aspen, CO 81611-2903

Shaw Construction LLC
760 Horizon Drive, Suite 201
Grand Junction, CO 81506-3968

Sherman & Howard LLC
201 North Mill Street, Suite 201
Aspen, CO 81611-1557

WestLB
1211 Avenue of the Americas
New York, NY 10036-8701

/s/ Carole L. Wilds
_____